**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MEGAN STEAHLE**, on behalf of herself and all others similarly situated, <br><br> v. <br><br> **CARGROUP HOLDINGS, LLC** | **CIVIL ACTION** <br><br><br> **NO. 24-1447** |

## <u>ORDER RE CONDITIONAL CERTIFICATION</u>

**AND NOW**, on this 21st day of March, 2025, upon review of Plaintiff Megan Steahle's Motion for Conditional Certification and Notice to the Putative Collective (ECF 46), Defendant CarGroup Holdings, LLC's Response in Opposition (ECF 67), Plaintiff's Reply (ECF 82), and Defendant's Sur-reply (ECF 93), it is hereby **ORDERED** as follows:

1.  Plaintiff's Motion (ECF 46) is **GRANTED IN PART**. At this time, the Court will conditionally certify the proposed collective class, which consists of the following:

    > All Sales Representatives, Territorial Sales Representatives, Branch Managers, Senior Branch Managers, and Assistant Area Managers who worked for CarGroup Holdings, LLC, anywhere in the United States any time from April 8, 2021, through the final disposition of this matter.

2.  However, the Court will **STAY** the relief requested in paragraphs 2 through 8 of Plaintiff's Motion pending the parties' settlement conference with Magistrate Judge Arteaga on June 24, 2025. Accordingly, notice shall **<u>not</u>** be issued to putative collective class members at this time. The following requests in ECF 46 will be held in abeyance and stayed:

    a.  Paragraph 2 – to implement a procedure for Court-approved Notice;

    b.  Paragraph 3 – to approve Plaintiff's form of notice;

    c.   Paragraph 4 – to approve Plaintiff's schedule for putative collective class members to opt-in;

    d.   Paragraph 5 – to approve a reminder email and text message to be sent to putative collective class members;

    e.   Paragraph 6 – to allow putative collective class members to execute electronic consent forms; and

    f.   Paragraph 7 – to require Defendant to provide Plaintiff lists of putative collective class members.

    g.   Paragraph 8 – to toll the statute of limitations for putative collective class members from the filing of the instant Motion until the end of any notice period.

3.   At the request of the parties by letter emailed to the Court on March 14, 2025, the Court will **STAY** the dispositive motion briefing deadlines pending the completion of the settlement conference with Magistrate Judge Arteaga.

4.   Within **fourteen (14) days** of the settlement conference, the parties shall file either a joint or separate status reports, limited to ten (10) pages double-spaced, advising the Court as to the status of matters in this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL   24\24-1447   Steahle   v   Cargroup\24cv1447   Order   Re   Conditional Certification.docx

2