IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN STEAHLE, on behalf of herself and all others similarly situated,<br><br>v.<br><br>CARGROUP HOLDINGS, LLC | CIVIL ACTION<br><br>NO. 24-1447 |

**ORDER RE MOTION FOR PRELIMINARY APPROVAL OF THE REVISED CLASS ACTION SETTLEMENT**

**AND NOW**, on this 25th day of November 2025, upon review of Plaintiff's Unopposed Motion for Preliminary Approval of the Revised Class Action Settlement (ECF 129) and the proposed settlement papers, it is hereby **ORDERED** that:

1. Plaintiff's Unopposed Motion for Preliminary Approval of Revised Class Action Settlement (ECF 129) is **DENIED without prejudice**.

2. The Parties have 21 days from the date of this Order to revise the proposed Settlement to address the concerns noted in the accompanying Memorandum.

3. Furthermore, within 21 days from the date of this Order, Plaintiff's Counsel shall submit to the Court a statement of hours worked on this case, along with a description of the work done.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.