UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEGAN STEAHLE**, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CARGROUP HOLDINGS, LLC**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:24-cv-01447<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SECOND REVISED CLASS ACTION SETTLEMENT
AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(1), Plaintiff Megan Steahle requests that the Court permit the issuance of notice to the class of the proposed settlement and approve the form and manner of notice to the class (*see* **Exhibit 1**, Second Revised Settlement Agreement and Notice Materials), approve the narrowly tailored release of FLSA and Rule 23 claims as a fair and reasonable resolution of a bona fide dispute, appoint Plaintiff's undersigned counsel as class counsel, appoint CAC Services Group, LLC, to administer the class notice plan and to fulfill the duties of the Settlement Administrator as outlined in the Settlement, and schedule a final approval hearing to determine whether the Settlement should be finally approved.

If approved, the Settlement will establish an $8,500,000.00 non-reversionary Total Settlement Fund, which will be used to pay Class Members their pro-rata shares of the Net Settlement Amount for their Rule 23 state law class claims, their Fair Labor Standards Act ("FLSA") collective action claims, attorneys' fees and costs approved by the Court, and Service Awards for Plaintiff Steahle and Plaintiff Deponents. The Second Revised Settlement includes a procedure for Class Members to opt into the FLSA collective settlement and carves out a

separate $200,000.00 fund to pay Opt-In Plaintiffs additional pro-rata shares for settlement of their FLSA claims. This robust Settlement was reached following well-informed, arm's-length negotiations, including a formal settlement conference with the Honorable U.S. Magistrate Judge Jose R. Arteaga. Given the risks and uncertainties of further protracted and costly litigation, the Settlement represents an excellent result for the Class Members that is well within the range of fair, reasonable, and adequate.

In light of the foregoing, and as fully explained in the accompanying Memorandum of Law, Plaintiff submits that the Court will "likely be able to" grant final approval of the settlement under Rule 23(e)(1)(B)(i) and certify the classes for purposes of judgment under Rule 23(e)(1)(B)(ii).

Accordingly, Plaintiff respectfully requests that the Court grant this motion and enter the accompanying Proposed Order.

Respectfully submitted,

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ S. Cody Reinberg*
S. Cody Reinberg, Mo. Bar #66174
7382 Pershing Ave., 1W
St. Louis, MO 63130
314-391-9557 p/f
creinberg@hkm.com

*Admitted Pro Hac Vice*

Stephanie L. Solomon, PA ID 208056
220 Grant Street, Suite 401
Pittsburgh, PA 15219
412-760-7801
ssolomon@hkm.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed via the Court's electronic filing system on this 19[h] day of December 2025, and has been served on all parties to this action by way of the Court's ECF/CM software.

/s/ *S. Cody Reinberg*