**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MEGAN STEAHLE**, on behalf of herself and all others similarly situated,<br><br>v.<br><br>**CARGROUP HOLDINGS, LLC** | **CIVIL ACTION**<br><br><br>**NO. 24-1447** |

**ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF THE SECOND REVISED**
**CLASS ACTION SETTLEMENT**

    **AND NOW**, on this 7th day of January 2026, upon review of Plaintiff's Unopposed Motion

for Preliminary Approval of the Second Revised Class Action Settlement (ECF 134) and the

proposed settlement papers, it is hereby **ORDERED** that the Court will preliminarily **APPROVE**

the proposed Second Revised Settlement, and Plaintiff's Unopposed Motion for Preliminary

Approval of Second Revised Class Action Settlement (ECF 134) is **GRANTED**.

        **BY THE COURT:**

       **/s/ Michael M. Baylson**

       **MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1447 Steahle v Cargroup\24-1447 Order re Prelim Approval Second Revised Settlement.docx